'19 - CV - 03684

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT
for the

District of Colorado

2019 DEC 27 AM 9: 52

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Wind Cloud, a Tribal Member
Legal Council for Tribe,
Tribal Judge,
Oceti Sakowin Confederation,
Federally Recognized-Turtle Island,
Executor for ANDREW SIYOUNG PARK Estate
United States of America

v.

JAMES WILLIAMS, a Ward
Attorney for Defendant
Robert E Burk, Esq , No 40337
Burk and Burk
12835 E Arapahoe R
Tower 2, Suite 780
Centennial, CO 80112
Tele_303 520 1401 - Email_robert@burkandburk com

*Defendant(s)*

)
)
)
)
)
)
)
)
)

Case No.
19CV34136
~~19CV34136~~

28 U.S.C. 1331, 25 U.S.C. 450(n), 18 U.S.C. 1151, 18
U.S.C. 1152, 18, U.S.C. 1153, Executive Order
13175

**Notice of Removal**

Pursuant to Executive Order 13175, Tribes, Tribal Government, Tribal Members, Adopted Tribal Members and all Derivatives Stating such Affiliations are the Jurisdiction of the Tribes and Tribes only. Where Ever Tribal Members Travel in Canada, Alaska and the United States Territories, Their Sovereignty Travels With Them. Throughout United States Trust Territories, Canada, Alaska and Forty Five Miles Out to See, Turtle Island is the Tribal Name of North America. This Case is Removed to Federal Court as this is the Only Venue Assigned by Congress to Hear Tribal Testimony and Grant Tribes a Stage to Enter Default Judgments.

Also, Pursuant to Colorado Rules of Civil Procedure, Rule 5(e); ".....,The Clerk shall not refuse to accept any paper presented for filing solely because it is not presented in proper form as required by these rules or any local rules or practices."

*Wind Cloud*

_____
*Complainant's signature*

**Wind Cloud.**
_____
*Printed name and title*

R.F.D. 141 S. Knox Ct.
Denver, Co 80219

# UNITED STATES DISTRICT COURT

for the

Wind Cloud, a Tribal Member
Legal Council for Tribe,
Tribal Judge,
Oceti Sakowin Confederation,
Federally Recognized-Turtle Island,
Executor for ANDREW SIYOUNG PARK Estate
United States of America                                     )

v.                                                           )

JAMES WILLIAMS, a Ward                                       )     Case No.
Attorney for Defendant
Robert E  Burk, Esq , No 40337                               )          19CV34136
Burk and Burk                                                )          ~~19CV03648~~
12835 E  Arapahoe R                                          )
Tower 2, Suite 780                                           )
Centennial, CO 80112                                         )
Tele  303 520 1401 - Email  robert@burkandburk.com           )
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 10, 2019 _____ in the county of _____ Denver _____ in the

_____ State and _____ District of _____ Colorado _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| C R S . 18-1 3-401 | Class 3 Felony Theft, Grand Larceny, |
| 42 U S C 6503 | Breach or Violation of Required Contract Terms |

_W ind Cloud_

_____
*Complainant's signature*

**12/27/2019**

_____
*Printed name and title*

# CERTIFICATE OF SERVICE

I hereby certify: that on this _____27_____ day of _Decem̄ber_____, 2019, a true and complete copy of the foregoing notice of·removal to federal court, with required attachment, by depositing in certified United States postal mail, first class postage Pre-affixed, return receipt requested, has been duly served upon the following:

JAMES WILLIAMS, DEFENDANT
DISTRICT COURT, CITY AND COUNTY OF
DENVER, COLORADO
1437 BANNOCK ST.
DENVER, CO 80202
Case No. 19CV34136 & 19M07046

Certified mail Reciept
7018 3090 0001 7649 0003

JAMES WILLIAMS, WARD
Attorney for Defendant:
Robert E. Burk, Esq., No 40337
Burk & Burk
12835 E. Arapahoe Rd.
Tower 2, Suite 780
Centennial, CO80112
Telephone: 303.520.1401

Certified mail Reciept
7018 3090 0001 7648 8031

_____Wind Cloud_____
Name

_____12/27/2019_____
Date

JS 44 (Rev 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM)*

**I. (a) PLAINTIFFS**
Wind Cloud, a Tribal Member
Legal Council for Tribe,
Tribal Judge,
Oceti Sakowin Confederation,
Federally Recognized-Turtle Island,
Executor for ANDREW SIYOUNG PARK ESTATE

**(b)** County of Residence of First Listed Plaintiff    R F D  Turtle Island
*(EXCEPT IN U S  PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS**
JAMES WILLIAMS a Ward
Attorney for Defendant  Robert E Burk, Esq , No  40337

County of Residence of First Listed Defendant
*(IN U S  PLAINTIFF CASES ONLY)*

NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Attorneys *(If Known)*
Robert E  Burk, Esq , No  40337
Burk & Burk
12835 E  Arapahoe Rd
Tower 2, Suite 780
Centennial, CO 80112
Telephone  303 520 1401
robert@burkandburk com

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U S Government Plaintiff
- ☐ 3  Federal Question *(U S  Government Not a Party)*
- ☐ 2  U S Government Defendant
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 485 Telephone Consumer Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☒ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer w/Disabilities - Employment<br>☐ 446 Amer w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U S Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 |
| | | | | ☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
Executive Order 13175 & Mailbag 28, 2015 (Department of Revenue & D.M.V.)
Brief description of cause
Breach of contract, grand larceny, barratry

**VII. REQUESTED IN COMPLAINT:** ☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F R Cv P    DEMAND $ 1,000,000 00    CHECK YES only if demanded in complaint    JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*   JUDGE _____ DOCKET NUMBER 19M07046 & 19CV34136

DATE 12/27/2019   SIGNATURE OF ATTORNEY OF RECORD Wind Cloud   Tribal Legal Council

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

## SUPPLEMENTAL CIVIL COVER SHEET FOR
## NOTICES OF REMOVAL

The removing party shall complete the SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL and follow D.C.COLO.LCivR 81.1. and 28 U.S.C. § 1446(a).

| Section A - Plaintiffs | Section B - Defendants |
|---|---|
| Plaintiffs remaining in action at the time of filing the notice of removal. | Defendants remaining in action at the time of filing the notice of removal. |
| 1.  Wind Cloud, a Tribal Member. | 1.  JAMES WILLIAMS, a Ward. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |

### Section C - Pending State Court Motions As of Date of Removal

| Title of State Court Motion | Date Motion Filed |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |

### Section D - Scheduled State Court Hearings As of Date of Removal

| Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
|---|---|---|---|
| 1.  PRE-TRIAL CONF. | February 7th, 2020 | 10 00am | Unknown |
| 2.  JURY TRIAL | February 12th, 2020 | 8 15am | Unknown |
| 3. | | | |
| 4. | | | |
| 5. | | | |

_Wind Cloud_
Signature

_Wind Cloud_
Printed Name

Telephone Number   720 - 676 86d6

Date   12 / 27/ 2019

State Court Case Number   19M07046 & 19CV34136

AO 240  (Rev  07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 DEC 27  AM 10: 00
JEFFREY P. COLWELL
CLERK

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| Wind Cloud | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) |
| JAMES WILLIAMS | ) |
| *Defendant/Respondent* | ) |
| | ) |

Civil Action No.

BY _____ DEP. CLK

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ N/A _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
N/A

My gross pay or wages are:  $ _____ 0 , and my take-home pay or wages are:  $ _____ 0 per

*(specify pay period)* _____ N/A _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 0 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/A

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____ 12/27/2019 _____

_Wind Cloud_
_____
*Applicant's signature*

Wind Cloud
_____
*Printed name*